

# NUMBER 13-19-00385-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**ANTONIO TREVINO,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

### On appeal from the 214th District Court
### of Nueces County, Texas.

---

## ORDER WITHDRAWING RECORD

### Before Justices Benavides, Hinojosa, and Silva
### Order Per Curiam

The mandate in the above cause was issued on August 31, 2021. The Honorable Jason Wolf has filed a motion to withdraw the record in the above-referenced cause. Having considered the motion, the Court is of the opinion that the request should be granted. Accordingly, the motion is hereby granted with order.

The record, consisting of the clerk's and reporter's record, is ordered to be withdrawn and made available to the Honorable Jason Wolf on this date; he shall arrange for delivery of the records, at his expense, with the Clerk of the Court within five (5) days.

Furthermore, the Honorable Jason Wolf is hereby ORDERED to return the record to this Court on or before January 3, 2022, or, if he is unable to return the record at that time, to seek an extension by filing a motion with the Court.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
29th day of November, 2021.

2